**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

|  |  |
|---|---|
| RONALD CAMERON, ) | |
| ) | |
|     Plaintiff, ) | |
| ) | |
| v. ) | Case No. _____ |
| ) | |
| WELLS FARGO BANK, NA, ) | |
| ) | |
|     Defendant. ) | |
| ) | |

**<u>DEFENDANT'S NOTICE OF REMOVAL</u>**

Defendant WELLS FARGO BANK, N.A., by its attorneys and pursuant to 28 U.S.C. §§ 1441 and 1446, files this Notice of Removal of Case No. CACE-16-011521, which is pending in the Circuit Court of the Seventeenth Judicial Circuit in and for Broward County, Florida. In support of its Notice of Removal, Wells Fargo states as follows:

1.      On June 22, 2016, Plaintiff Ronald Cameron filed an action in the Circuit Court of the Seventeenth Judicial Circuit in and for Broward County, Florida titled <u>Ronald Cameron v. Wells Fargo Bank, NA</u>, Case No. CACE-16-011521. Plaintiff brings race discrimination and retaliation claims under Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. § 2000e <u>et</u> <u>seq.</u> ("Title VII") and the Florida Civil Rights Act of 1992, Fla. Stat. § 760.01 <u>et</u> <u>seq.</u> ("FCRA").

2.      Wells Fargo was served with the Summons and a copy of Plaintiff's Complaint on August 23, 2016. Pursuant to 28 U.S.C. § 1446(a), true and correct copies of the Summons, Complaint, and all other process, pleadings, and orders served on Wells Fargo are attached hereto as Exhibit A.

3.      This Court has original jurisdiction over this action pursuant to 28 U.S.C. § 1331 because Plaintiff's Title VII claims arise under the Constitution, laws or treaties of the United States.  Accordingly, this action is removable to this Court pursuant to 28 U.S.C. § 1441(a).  In addition, the Court may exercise its supplemental jurisdiction over Plaintiff's FCRA claims pursuant to 28 U.S.C. § 1367.

4.      Because this action is pending in the Circuit Court of the Seventeenth Judicial Circuit in and for Broward County, Florida, venue for purposes of removal is proper in this Court pursuant to 28 U.S.C. §§ 1441(a) and 1446(a).

5.      This Notice of Removal is timely pursuant to 28 U.S.C. § 1446(b) as it is being filed within thirty (30) days after Wells Fargo's receipt of a copy of the initial pleading setting forth the claims for relief upon which this action is based.

6.      Prompt written notice of this Notice of Removal is being sent to Plaintiff through his counsel and to the Clerk of the Circuit Court of the Seventeenth Judicial Circuit in and for Broward County, Florida, as required by 28 U.S.C. § 1446(d).

7.      The undersigned has read this Notice of Removal, and to the best of the undersigned's knowledge, information, and belief, formed after reasonable inquiry, certifies that Wells Fargo's factual allegations have evidentiary support and its legal contentions are warranted by existing law.  The undersigned also certifies that this Notice of Removal is not interposed for any improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation.

- 3 -

Respectfully submitted,

WELLS FARGO BANK, N.A.


By *s/ Salomon Laguerre*
    Salomon Laguerre
    Florida Bar No. 0092470
    SEYFARTH SHAW LLP
    1075 Peachtree Street, N.E.
    Suite 2500
    Atlanta, Georgia 30309-3958
    Telephone: (404) 885-1500
    Facsimile: (404) 892-7056
    Email:  slaguerre@seyfarth.com

Date:  September 12, 2016

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| RONALD CAMERON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. _____ |
| | ) |
| WELLS FARGO BANK, NA, | ) |
| | ) |
| Defendant. | ) |
| | ) |

## CERTIFICATE OF SERVICE

I certify that on September 12, 2016, I filed DEFENDANT'S NOTICE OF REMOVAL

with the Clerk of Court using the CM/ECF system, which will automatically send e-mail

notification of such filing to the following counsel of record:

Samuel Yeboah
Yeboah Law Group, P.A.
100 S.E. 3rd Avenue
Suite 1101
Fort Lauderdale, Florida  33394

s/ *Salomon Laguerre*
Counsel for Defendant

28783648v.1